IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES VICTOR HOOPER,                2:05-cv-0244-MCE-PAN-PS

      Plaintiff,

  v.                                    **ORDER**

HERBERT SANDLER, ET AL.,

      Defendants.
_____/

    This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, <u>et seq.</u>, and Local Rule 72-302.  On November 14, 2005, Judge Nowinski recommended that Plaintiff's action be dismissed.  On December 30, 2005, Plaintiff filed Objections to the Findings and Recommendation.

    The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 14, 2005, are adopted in full; and

2. Defendants' Motion to Dismiss is granted; and

3. Plaintiff's Amended Complaint is dismissed without leave to amend. <u>See</u> Fed. R. Civ. P. 12(b)(1).

DATED: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE